UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. SHIPLEY, | Case No. CV 05-7085 DDP(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| B.G. COMPTON, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed without prejudice.

DATED: October 8, 2009

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE